# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF PUERTO RICO

11 - 1778 (DRD)

| | | |
|---|---|---|
| Dr Derrick Norbert Morris | ) | Case No. |
| Plaintiff | ) | |
| *Versus* | ) | |
| | ) | ANTITRUST & |
| Standard & Poor's Credit Rating Services, | ) | CONSPIRACY |
| A Subsidiary of Moody's Corporation | ) | COMPLAINT |
| And | ) | |
| Fitch Ratings, | ) | |
| A Subsidiary of Fitch Group Inc., and Fimalac, S.A | ) | |
| And | ) | |
| Moody's Investors Services Inc., | ) | |
| A Subsidary of Moody's Corporation | ) | |
| And | ) | |
| CHINA | ) | |

RECEIVED AND FILED
2011 AUG -9 AM 9:58
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

**Complainant's Statement of Complaint**

Complainant, Dr Derrick Norbert Morris a Citizen of the United States of America has been harmed by the down grading of our Debt Bond Rating from AAA to AA++.   He is alleging that there are Antitrust, Conspiracy between these debt rating agencies and China.   It is retaliation for the Department of Justice Antitrust Law Suit, China and the debt rating agencies have conspired to destroy our Government with this maneuver.   Albeit, there is no justification for S&P to downgrade the United States of America debt rating.   The Government did fulfill its obligation to raise the debt ceiling in a timely fashion.   Hence, Dr. Morris ability to access various social assistances and the economic climate will deteriorate into myriad social dislocations.   The affects on are enormous

## A.   Introduction

a. Dr. Morris herein incorporates the introduction from the Sovereign Advisers, Inc., and Trustees of the Starwood Trust & Department of Justice Antitrust complaint

MORRIS V STANDARD & POOR

of September 15, 2010, paragraphs 1 - 3 as if more fully detailed the antitrust allegations, and further allege.

b. There is a conspiracy between the parties to afflict the United States of America's Economy, Society and Military.  China advised that the US Government should spend less on the Military and Social Programs.  This includes education and University of Puerto Rico ability to assist me in my education.

c. The downgrading of our Debt Bond Rating will increase the cost of borrowing and the availability of funds for the Government to borrow.  China our largest debt holding nation has already begun to question our ability to repay.  The United States Government unlike most nations borrows money on its good will and has never ever defaulted.  This makes this downgrade questionable.

**B.**   **Parties**

a. Complainant for the purposes of this lawsuit is an American Citizen, living in Puerto Rico.  He is a second year law student in California.  Currently, enrolled at the University of Puerto Rico, studying Spanish as a Second Language.   He will suffer like most American when the effects of this downgrade become affective.

b. The Defendants are numerous; hence Dr. Morris herein incorporates all the sections of said complaint from Section II Paragraph 5 – 17 as if more fully elaborated.


STATEMENT OF FACTS

c. Dr. Morris further incorporates Section III to the end of complaint.   This section details the allegation of the Antitrust and dovetail into the conspiracy allegations. Upon information and belief, it is reasonable to assume that China and the other parties could benefit from the demise of the United States of America.   And a reasonable person could construe that these parties are or have a working goal to bust the economy, military and destroy the social safety net that assist all poor Americans, including Dr Morris.

**Standard & Poor's AA++ Rating**

d.  The President and Congress have had some significant differences in their deliberations to raise the debt ceiling.   As a democracy, the various actions of the law makers are legal.  For the purposes of the Standard & Poor, beating the dead line and not having ever defaulted on the debt payments establishes that there is not legitimate purpose in this downgrade.

e.  There is no economic reason for this downgrade.   It leaves reasonable people to agree that it is political and conspiratorial.   This downgrade will suit the Taliban, Al Qaeda and China.  Already, China has proposed that America cut spending on the military and social services.   These seem to be the objective of this Standard's action.  This action is political.

f.  Consequently, the economists are predicting that the stock market will decline 90%.  This will affect my work prospects, educational opportunities and personal security.   The resultant social discord will create the most hostile action by affected citizens against me and others.

## PRAYER FOR RELIEF

g.  Dr. Morris, herein incorporates, Section IV. Prayer for Relief, as if more fully inscribed here and further seek;

h.  Grant a Temporary Restraining Order demanding that Standards & Poor reinstate the United States of America debt rating to the AAA.

i.  That there be no more action on this rating unless economic criteria of default exists.

j.  Defendants pay  the reasonable costs related to this maneuver to stock holders

k.  Any other relief this Honorable Court deem just and appropriate.

l.  Pay all costs related to this lawsuit and hard done to Dr. Morris

COMPLAINT VERIFICATION

I certify that the foregone is true to the best of my abilities, and that I am aware of the perjury laws which prohibit falsehood.

Signed: _Derrick Morris_

Dr Derrick Norbert Morris
Plaintiff