UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DERRICK NORBERT MORRIS,

    Plaintiff(s),

STANDARD & POOR'S CREDIT RATING SERVICES, a subsidiary of Moody's Corporation; FITCH RATINGS, a subsidiary of Fitch Group Inc., and Fimalac, S.A.; and MOODY'S INVESTORS SERVICES, INC., a subsidiary of Moody's Corporation; and CHINA,

    Defendant(s).

Civil No. 11-1778 (DRD)

## JUDGMENT

Based upon the *Order* of September 28, 2012, and the *Order* of November 7, 2012, Docket entries No. 12 and 15, this case is now dismissed without prejudice, pursuant to the provisions of Rule 41(b) of the Federal Rules of Civil Procedure.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 7th day of November, 2012.

                                             s/Daniel R. Domínguez
                                             DANIEL R. DOMINGUEZ
                                             U.S. DISTRICT JUDGE